IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**STANLEY L. NEWCOMB,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**No. 06-CV-181 DRH**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Donald G. Wilkerson.

    **IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency is **REVERSED** and this case is **REMANDED** to the agency for rehearing and reconsideration of evidence.

                                   **NORBERT G. JAWORSKI, CLERK**

September 5, 2007.　　　　　　　　　　　　By: s/Patricia Brown
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


APPROVED: /s/　　　DavidRHerndon
            **U.S. DISTRICT JUDGE**